JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIJILDO GARZA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No. SA CV 15-999 JFW (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 7, 2016　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE